

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-19-00354-CV

**CUMBERLAND SURGICAL HOSPITAL OF SAN ANTONIO, LLC**
and PSN Affiliates, LLC- North Loop Series,
Appellants

v.

**CCA FINANCIAL, LLC**,
Appellee

From the 45th Judicial District Court, Bexar County, Texas
Trial Court No. 2019CI03676
Honorable Mary Lou Alvarez, Judge Presiding

BEFORE CHIEF JUSTICE MARION, JUSTICE RIOS, AND JUSTICE RODRIGUEZ

In accordance with this court's opinion of this date, the judgment of the trial court is AFFIRMED. It is ORDERED that appellee, CCA Financial, LLC, recover its costs of this appeal from appellants, Cumberland Surgical Hospital of San Antonio, LLC and PSN Affiliates, LLC – North Loop Series.

SIGNED December 4, 2019.

_Sandee Bryan Marion_
Sandee Bryan Marion, Chief Justice